828 A.2d 1006

**Debra HARTMAN, The Fund for Animals, P.N.C Inc. and Patrice Amity–Haan and D. Scott Haan, H/W, Appellants,**

v.

**PENNSYLVANIA GAME COMMISSION, Vernon R. Ross, Michael Schmit, Calvin Dubrock, R. Boyd, W. Hutson, D. Overcash, M. Dubaich, T. Hardisky, and Matthew J. Lovallo, Appellees.**

Supreme Court of Pennsylvania.

July 21, 2003.

656

*ORDER*

### *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of July, 2003, the Order of the Commonwealth Court is AFFIRMED.